UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM WILLIAMSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIDGESTONE AMERICAS, INC., )<br>et al., )<br>)<br>Defendants. ) | Civil Action No. 5:20-cv-00377-D |

## ORDER

This matter comes before the Court upon consideration of Defendants' Motion for Clarification (DE-90), wherein Defendants seek clarification and amendment as to the expert discovery deadlines set forth in the Scheduling Order entered at D.E. 89. It appearing to the Court that the Motion should be granted for good cause shown,

IT IS HEREBY ORDERED that:

Reports from retained expert witnesses under Fed. R. Civ. P. 26(a)(2)(B), and disclosures from any expert witness under Fed. R. Civ. P. 26(a)(2)(C) who will provide an opinion regarding the cause of Decedent's injuries, are due following the fact discovery period:

(i) From Plaintiff by **June 1, 2021**.

(ii) From Defendants by **August 1, 2021**.

SO ORDERED. This 2 day of ~~January~~ February, 2021.

                                                        James C. Dever III
                                                        United States District Judge