IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-cv-00377-D

| WILLIAM WILLIAMSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BRIDGESTONE AMERICAS, INC., et al., | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court upon motion by Plaintiff, WILLIAM WILLIAMSON, and Defendant, NIDEC MINSTER CORPORATION f/k/a THE MINSTER MACHINE COMPANY, to dismiss without prejudice, all claims against NIDEC MINSTER CORPORATION f/k/a THE MINSTER MACHINE COMPANY in this matter [Doc. 95].

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against NIDEC MINSTER CORPORATION f/k/a THE MINSTER MACHINE COMPANY, without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the motion, Doc. 95, is GRANTED and the action of Plaintiff, WILLIAM WILLIAMSON, against Defendant, NIDEC MINSTER CORPORATION f/k/a THE MINSTER MACHINE COMPANY, is DISMISSED without prejudice, with each party to bear its own costs.

SO ORDERED. This the 26 day of April, 2021.

JAMES C. DEVER III
United States District Judge