IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
File No.: 5:20-CV-00377-D

| | |
|---|---|
| WILLIAM WILLIAMSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BRIDGESTONE AMERICAS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court upon motion by Plaintiff, William Williamson, and Defendant, DCo LLC (f/k/a Dana Companies, LLC), to dismiss without prejudice, all claims against DCo LLC (f/k/a Dana Companies, LLC) in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against DCo LLC (f/k/a Dana Companies, LLC), without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the motion is GRANTED and the action of Plaintiff, William Williamson, against Defendant, DCo LLC (f/k/a Dana Companies, LLC), is DISMISSED without prejudice, with each party to bear its own costs.

SO ORDERED. This the **20** day of July, 2021.

JAMES C. DEVER III
United States District Judge