UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM WILLIAMSON, ) | |
| ) | Civil Action No. 5:20-cv-377-D |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANLY MACHINE CORP. ) | **ORDER DISMISSING DEFENDANT** |
| IMPROPERLY DESIGNATED HEREIN ) | **DANLY MACHINE CORPORATION** |
| AS DANLY MACHINE DIVISION OF ) | **WITHOUT PREJUDICE** |
| CONNELL LIMITED PARTNERSHIP, ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Joint Motion for Dismissal Without Prejudice as to Danly Machine Corporation, improperly designated herein as Danly Machine Division of Connell Limited Partnership (hereinafter "Danly").

Having determined that this Motion is well-taken, it is hereby ordered that the Joint Motion for Dismissal Without Prejudice as to Danly Machine Corporation, improperly designated herein as Danly Machine Division of Connell Limited Partnership, is **GRANTED**. Defendant Danly is hereby dismissed without prejudice.

SO ORDERED. This 27 day of July 2021.

JAMES C. DEVER III
United States District Judge