UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-00377-D

WILLIAM WILLIAMSON,

    Plaintiff,

v.

BRIDGESTONE AMERICAS, INC., et al.,

    Defendants.

## ORDER

THIS MATTER is before the Court upon motion by Plaintiff, William Williamson, and Defendant, Parker Hannifin Corporation, to dismiss without prejudice, all claims against Parker Hannifin Corporation in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Parker Hannifin Corporation, without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the motion is GRANTED and the action of Plaintiff, William Williamson, against Defendant, Parker Hannifin Corporation, is DISMISSED without prejudice, with each party to bear its own costs.

SO ORDERED. This the **30** day of July, 2021.

                                        JAMES C. DEVER III
                                      United States District Judge