IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:20-CV-00377-D

| | |
|---|---|
| WILLIAM WILLIAMSON, | |
| Plaintiff, | **ORDER** |
| vs. | |
| BRIDGESTONE AMERICAS, INC., et al., | |
| Defendants. | |

THIS MATTER is before the Court upon the joint motion of Plaintiff William Williamson and Defendant Bridgestone Americas, Inc. to dismiss with prejudice all claims against Bridgestone Americas, Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Bridgestone Americas, Inc., with prejudice, and that the motion should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the motion is GRANTED and the action of Plaintiff William Williamson against Defendant Bridgestone Americas, Inc. is DISMISSED with prejudice, with each party to bear its own costs.

SO ORDERED. This the 19 day of August, 2021.

_____
JAMES C. DEVER III
United States District Judge