UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM WILLIAMSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIDGESTONE AMERICAS, INC., ) <br> etc., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 5:20-cv-00377-D <br><br> **ORDER** |

THIS MATTER is before the Court upon motion by Plaintiff, William Williamson, and Defendant, General Electric Company, to dismiss with prejudice, all claims against General Electric Company in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against General Electric Company, with prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the motion is GRANTED and the action of Plaintiff, William Williamson, against Defendant, General Electric Company, is DISMISSED with prejudice, with each party to bear its own costs.

SO ORDERED. This the **20** day of August, 2021.

JAMES C. DEVER III
United States District Judge