IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:20-CV-00377-D

| | |
|---|---|
| WILLIAM WILLIAMSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRIDGESTONE AMERICAS, INC., et al.,<br><br>    Defendants. | **ORDER** |

THIS MATTER is before the Court upon the Plaintiff William Williamson and Defendant Genuine Parts Company's Joint Motion for Dismissal with Prejudice as to Defendant Genuine Parts Company.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Defendant Genuine Parts Company, with prejudice, and that the motion should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the motion is GRANTED and the action of Plaintiff William Williamson against Defendant Genuine Parts Company, named in the Complaint as "Genuine Parts Company, individually and d/b/a NAPA, and d/b/a Rayloc, a/k/a NAPA," is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs.

SO ORDERED. This the 9 day of November, 2021.

By:     *J. Dever*
    JAMES C. DEVER III
    United States District Judge