IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL CASE NO.: 5:20-cv-00377-D

| | |
|---|---|
| WILLIAM WILLIAMSON,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE AMERICAS, INC., et al.,<br><br>Defendants. | **ORDER** |

This matter was heard by the undersigned upon motion by Plaintiff, WILLIAM WILLIAMSON, and Defendant Caterpillar Inc., improperly named as a successor-in-interest to Prentice Hydraulics, Inc., to dismiss without prejudice all claims against Defendant Caterpillar Inc., improperly named as a successor-in-interest to Prentice Hydraulics, Inc., in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Defendant Caterpillar Inc., improperly named as a successor-in-interest to Prentice Hydraulics, Inc., without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, WILLIAM WILLIAMSON, against Defendant Caterpillar Inc., improperly named as a successor-in-interest to Prentice Hydraulics, Inc., be

dismissed without prejudice, and each party to bear its own costs.

SO ORDERED. This the 16 day of November, 2021.

                                                       JAMES C. DEVER III
                                                       United States District Judge