IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:20-cv-00377-D

WILLIAM WILLIAMSON

    Plaintiff,

vs.

BRIDGESTONE AMERICAS, INC., et al.

    Defendants.

## ORDER OF DISMISSAL

This matter comes before the court on the Joint Motion to Dismiss (Doc. ).

For the reasons stated in the motion, and for good cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, and all of Plaintiff's claims against the Defendant Kelsey-Hayes Company (and ZF Active Safety US Inc.), are hereby **DISMISSED WITHOUT PREJUDICE.**[1]

So ORDERED. This __3__ day of December, 2021.

                                              JAMES C. DEVER III
                                              United States District Court Judge

---

[1] It should be noted that ZF Active Safety US Inc. answered for Kelsey-Hayes Company while pointing out that Kelsey-Hayes Company was incorrectly identified. Plaintiff did not amend the complaint and so Kelsey-Hayes Company remains the named defendant in the Court's system.