UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLIAM WILLIAMSON, | ) | CIVIL ACTION NO. 5:20-cv-377-D |
| Plaintiff, | ) | |
| v. | ) | |
| BRIDGESTONE AMERICAS, INC., individually and as successor-in-interest to BANDAG, INC., et al. | ) | |
| Defendants. | ) | |

## ORDER ON JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT PNEUMO ABEX LLC, ONLY

This matter is before the Court on the Joint Motion for Dismissal Without Prejudice filed by Plaintiff, William Williamson, and Defendant Pneumo Abex LLC (collectively "Parties").

Having determined that the Parties' Joint Motion is well-taken, it is hereby ordered that the Parties' Joint Motion is granted. Defendant, Pneumo Abex LLC is hereby dismissed, without prejudice.

SO ORDERED. This 31 day of May, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE