UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM WILLIAMSON, ) | CIVIL ACTION NO. 5:20-cv-377 |
| Plaintiff, ) | |
| v. ) | |
| BRIDGESTONE AMERICAS, INC., ) individually and as successor-in-interest to ) BANDAG, INC., et al. ) | |
| Defendants. ) | |

## ORDER ON JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HYSTER-YALE GROUP, INC., ONLY

This matter is before the Court on the Joint Motion for Dismissal With Prejudice filed by Plaintiff, William Williamson, and Defendant Hyster-Yale Group, Inc., incorrectly identified as Hyster Company; Hyster-Yale Materials Handling, Inc. f/k/a NACCO Materials Handling Group, Inc., successor in interest by merger to Hyster Company (hereinafter "Hyster-Yale Group, Inc."); (collectively "Parties").

Having determined that the Parties' Joint Motion is well-taken, it is hereby ordered that the Parties' Joint Motion is granted. Defendant, Hyster-Yale Group, Inc. is hereby dismissed, with prejudice.

SO ORDERED.

DATE: 9/12/22                      _____
                                    UNITED STATES DISTRICT COURT