IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:20-CV-377-D

| | |
|---|---|
| WILLIAM WILLIAMSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | ORDER |
| ) | |
| BRIDGESTONE AMERICAS, INC., ) | |
| INDIVIDUALLY AND AS ) | |
| SUCCESSOR-IN-INTEREST TO ) | |
| BANDAG, INC., ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

This matter is before the Court upon motion by Plaintiff William Williamson, and Deere & Company, to dismiss with prejudice all claims against Deere & Company in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Deere & Company with prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of William Williamson, against Defendant Deere & Company, be DISMISSED WITH PREJUDICE. Each party to bear its own costs.

This the __12__ day of __September__, 2022.

_____
United States District Court Judge