UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM WILLIAMSON, ) | CIVIL ACTION NO. 5:20-cv-377 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRIDGESTONE AMERICAS, INC., ) | |
| individually and as successor-in-interest to ) | |
| BANDAG, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER ON JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY, ONLY

This matter is before the Court on the Joint Motion for Dismissal With Prejudice filed by Plaintiff, William Williamson, and Defendant Metropolitan Life Insurance Company, a wholly-owned subsidiary of MetLife Inc. (hereinafter "Metropolitan Life"), (collectively "Parties").

Having determined that the Parties' Joint Motion is well-taken, it is hereby ordered that the Parties' Joint Motion is granted. Defendant, Metropolitan Life is hereby dismissed, with prejudice.

SO ORDERED.

DATE: 1/17/23

_____
UNITED STATES DISTRICT COURT